STATE of Missouri, Respondent,

v.

Michael O. SMITH, Appellant.

No. ED 96788.

Missouri Court of Appeals,
Eastern District,
Division One.

May 29, 2012.

Emmett D. Queener, Columbia, MO, for Appellant.

H. Morley Swingle, Jackson, MO, for Respondent.

Before CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

*ORDER*

PER CURIAM.

Michael O. Smith ("Defendant") appeals from the trial court's judgment, following a bench trial, convicting him of one count of resisting a lawful detention and one count of assaulting a police officer in the third-degree. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).

Alberto ARIAS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74164.

Missouri Court of Appeals,
Western District.

May 29, 2012.

Ruth B. Sanders, Appellate District Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Jennifer A. Wideman, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division II: VICTOR C. HOWARD, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

**Order**

PER CURIAM:

Alberto D. Arias appeals the judgment of the Circuit Court of Buchanan County, Missouri, denying his Rule 24.035 motion for postconviction relief. Arias alleges that he received ineffective assistance of counsel during the plea process. For reasons explained in a memorandum provided to the parties, we find no error and affirm. Rule 84.16(b).